GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgdk.com
MICHAEL G. D'ALBA (State Bar No. 264403)
mgd@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Defendant
David A. Gill, Receiver

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DAVID A. GILL, solely in his capacity as Permanent Receiver in the matter of *Securities and Exchange Commission vs. Diversified Lending Group, Inc.,; Applied Equities, Inc.; Bruce Friedman and Tina Placourakis*, U.S.D.C. Case No. CV 09-01533-R-SS,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH VERSTEN, an individual, and LIZZI'S HEAVENLY STUFF, INC., a California corporation,,<br><br>Defendants. | Case No. CV 10-01500-R-SS<br><br>**ORDER FINDING ELIZABETH VERSTEN AND LIZZI'S HEAVENLY STUFF, INC., IN CONTEMPT**<br><br>Date: June 27, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom "8" - 2nd Floor<br>312 N. Spring Street<br>Los Angeles, CA 90012 |

The Court entered an order on June 1, 2011, directing defendants Elizabeth Versten ("Versten") and Lizzi's Heavenly Stuff, Inc., to show cause at the above-referenced time and place why they should not be held in contempt of court for their failure to comply with the Court's Order dated March 21, 2011, that they transfer 50% of the stock of Lizzi's Heavenly Stuff, Inc., to the Receiver. George E. Schulman, Danning, Gill, Diamond & Kollitz, LLP, appeared for the Receiver, who was also present pursuant to subpoena. Joseph Markowitz appeared for the Defendants. Also present was the Defendant Elizabeth Versten.

-1-

Having considered the arguments of counsel, heard testimony from the Receiver at the request of the Defendants, and noted that its prior order had directed that 50% of the stock in Defendant Lizzi's Heavenly Stuff, Inc., be transferred to the Receiver but that this transfer had not occurred, and good cause appearing:

IT IS HEREBY ORDERED that:

1. Defendants Elizabeth Versten and Lizzi's Heavenly Stuff, Inc. ("Defendants"), are held in contempt of court pursuant to Rule 70(e) of the Federal Rules of Civil Procedure.

2. Within 10 days from the date of this order, Defendants shall complete the transfer to the Receiver of 50% of the stock in Defendant Lizzi's Heavenly Stuff, Inc., in accordance with the Court's orders dated March 21, 2011, and April 25, 2011. Should they fail to do so, Defendant Elizabeth Versten shall surrender forthwith and be held in custody until such time as she complies with the Court's order.

Dated: July 1, 2011  _____

MANUEL L. REAL
United States District Judge

# **PROOF OF SERVICE**

I, Cheryl Caldwell, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On July 1, 2011, I served the following document(s): **PLAINTIFF'S OBJECTION TO SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION** on the interested parties addressed as follows:

| **Served By U.S. Mail and Email** | **Courtesy Copy – Served By Email only** |
|---|---|
| **Counsel for Defendants Elizabeth Versten and Lizzi's Heavenly Stuff, Inc.**<br>Joseph C. Markowitz, Esq.<br>Law Offices of Joseph C. Markowitz<br>444 S. Flower Street, Suite 1750<br>Los Angeles, CA 90071<br>**E-mail: jcmarkowitz@gmail.com** | **Counsel for SEC Action Plaintiff**<br>John M. McCoy, III, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>**E-mail: mccoyj@sec.gov** |

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

(E-mail)

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on July 1, 2011, at Los Angeles, California.

| Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|
| (Type or print name) | (Signature) |

-3-

371597.01 [XP]    25176A